AO 442 (Rev.02/2005-EDVA) Warrant for Arrest

156601

# United States District Court
## EASTERN DISTRICT OF VIRGINIA

05-0425M-01

## WARRANT FOR ARREST

UNITED STATES OF AMERICA
v.

TYRONE RAGLAND

FILED
JUL 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 1:97cr162

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **TYRONE RAGLAND** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment __Information __Complaint __Order of Court X Violation Notice __Probation Violation Petition

charging him or her with (brief description of offense):

Violation of - See Attached Petition

RECEIVED U.S. MARSHALS
2005 JUL 25 A 6: 42
E/D VA ALEXANDRIA

In Violation of Title **18** United States Code, Section(s) **3583**

| | |
|---|---|
| **Amy Giannetti-Gillespie**<br>Name of Issuing Officer | **Deputy Clerk**<br>Title of Issuing Officer |
| *[signature]*<br>Signature of Issuing Officer | **July 22, 2005**<br>**401 Courthouse Square Alexandria, VA 22314**<br>Date and Location |

Bail fixed at $ __No Bond__           by_____Claude M. Hilton_____
                                              U.S. District Judge

| Date Received<br>7-29-05 | Name and Title of Arresting Officer<br>REPORTING<br>SEAN McLEOD<br>SDUSM | Signature of Arresting Officer<br>*[signature]* Sean McLeod |
|---|---|---|
| Date of Arrest<br>7-29-05 | | |