Prob 12
(Mod. for E.VA 01/05)

# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. __Tyrone Ragland__     Docket No. _____

### Petition on Supervised Release

COMES NOW David A. Pnakovich, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Tyrone Ragland, who was placed on supervision by the Honorable Albert V. Bryan, Jr., sitting in the Court at Alexandria, Virginia, on the 5th day of September, 1997, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. That the defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** that a warrant be issued directing that the offender appear before the Court to show cause why supervision should not be revoked, and that the warrant be lodged as a detainer against the defendant's release.

**BOND RECOMMENDATION:** No Bond

### ORDER OF COURT

Considered and ordered this 22nd day of July, 2005 and ordered filed and made a part of the records in the above case.

_Claude M. Hilton_
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2005

_David A. Pnakovich_
U.S. Probation Officer

Place Manassas, Virginia

**TO CLERK'S OFFICE**

Petition on Supervised Release                                                Page 2
RE: RAGLAND, Tyrone

OFFENSE: Prisoner Possession of Heroin (Sch. I), in violation of Title 18, U.S.C., Section 13, assimilating Virginia Code Section 53.1-203(5).

SENTENCE: On September 5, 1997, the defendant was ordered to serve 33 months imprisonment, followed by 3 years supervised release, and pay a $100 special assessment fee. As a special condition of supervision, the defendant was ordered to participate in substance abuse testing and treatment.

ADJUSTMENT TO SUPERVISION: On November 14, 2003, the defendant was released from custody to begin his term of supervised release. He is presently being supervised by Mr. Ray Snyder in the District of Maryland. While on supervision, the defendant completed substance abuse treatment at the ADR Treatment Center. On June 2, 2004, the defendant was arrested in Washington, D.C. and charged with UCSA Possession of Marijuana and Possession of an Open Container of Alcohol. These charges were subsequently nolle processed.

VIOLATIONS: The following violations are submitted for the Court's consideration.

(1) MANDATORY CONDITION: "While on supervised release, the defendant shall not commit another federal, state, or local crime."

On July 18, 2005, Tyrone Ragland was arrested by United States Park Police in Washington, D.C. and charged with Possession With Intent to Distribute Crack Cocaine. He is currently incarcerated in the D.C. Jail and is awaiting a preliminary hearing on July 26, 2005.

According to a police report, on July 18, 2005, at approximately 6:15 p.m., U.S. Park Police observed a white colored Mercedes traveling north along the 4400 block of Texas Avenue, Southeast, bearing a Virginia temporary license plate of Z945348. The Mercedes was observed to have the front license plate improperly displayed in the front dashboard, and the passenger side brake light was not operational. The vehicle was stopped within the 4500 block of Texas Avenue, Southeast, for further investigation. The operator and sole occupant of the Mercedes was approached and identified as Tyrone Ragland, via a Maryland driver's license. While speaking with Ragland, a green leafy material consistent with marijuana, was observed on the front passenger's floor area. A portion of the suspected marijuana was later field tested, indicating a positive color reaction for THC. Ragland was asked to step from the vehicle, and directed to place his hands behind his back as he was under arrest. Ragland failed to comply and a struggle ensued. Following a lengthy struggle, Ragland was placed in handcuffs. A search of the vehicle yielded a clear piece of cellophane containing white powdered matter from Ragland's right front short pocket. A portion of the suspected narcotic was later field tested, indicating a positive color reaction for the presence of cocaine base. A search of the Mercedes yielded approximately 2.3 grams of field tested positive marijuana, and approximately 7.7 grams of field tested positive crack cocaine from within the front driver's side door inner